**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **TESS ANDRIATTI,** | : | **PRISONER MANDAMUS** |
| **Plaintiff,** | : | **28 U.S.C. § 1361** |
| | : | |
| **v.** | : | |
| | : | |
| **SHERIFF JOE CHAPMAN,** | : | **CIVIL ACTION NO.** |
| **Defendant.**[1] | : | **1:14-CV-1226-WSD-AJB** |

**UNITED STATES MAGISTRATE JUDGE'S**
**FINAL REPORT AND RECOMMENDATION**

Plaintiff, Tess Andriatti, is confined in the Cobb County Adult Detention Center in Marietta, Georgia.  Plaintiff, acting *pro se*, has submitted a document labeled "Petition" and "Motion for Court to Order and Compel Release."  [Doc. 1.]  The Clerk has docketed this matter as a mandamus action pursuant to 28 U.S.C. § 1361.  Plaintiff has not paid a filing fee for this case or sought leave to proceed *in forma pauperis*.

Plaintiff currently has five other cases pending in this Court:  two mandamus actions (*Andriatti v. Chapman*, No. 1:14-cv-876-WSD (N.D. Ga. filed Mar. 26, 2014), and *Andriatti v. Warren*, No. 1:13-cv-4033-WSD (N.D. Ga. filed Dec. 4, 2013));  two habeas corpus actions pursuant to 28 U.S.C. § 2241 (*Andriatti v. Chapman*,

---

[1]       The Clerk is **DIRECTED** to correct the docket sheet to reflect that the parties in a mandamus action are Plaintiff and Defendant, not Petitioner and Respondent.

AO 72A
(Rev.8/8
2)

No. 1:14-cv-875-WSD (N.D. Ga. filed Mar. 26, 2014), and *Andriatti v. Warren*, No. 1:13-cv-4031-WSD (N.D. Ga. filed Dec. 4, 2013)); and a civil rights action pursuant to 42 U.S.C. § 1983 (*Andriatti v. Chapman*, No. 1:14-cv-874-WSD (N.D. Ga. filed Mar. 26, 2014)). In all of those cases, the Magistrate Judge has recommended dismissal.

The present case involves the same matter raised in Plaintiff's earlier-filed cases. Plaintiff's document labeled "Petition" and "Motion," [Doc. 1], is nearly identical to a motion that Plaintiff recently filed in two of her other cases. *See* Motion, *Andriatti v. Warren*, No. 1:13-cv-4033-WSD (N.D. Ga. Apr. 23, 2014); Motion, *Andriatti v. Warren*, No. 1:13-cv-4031-WSD (N.D. Ga. Apr. 23, 2014). The Court may issue an order "to avoid unnecessary cost or delay" as to multiple actions "involv[ing] a common question of law or fact . . . ." Fed. R. Civ. P. 42(a)(3). Accordingly, the Court should administratively close the present case and allow the matter to be resolved in Plaintiff's earlier-filed cases.

For the reasons stated above, **IT IS RECOMMENDED** that this action be **ADMINISTRATIVELY CLOSED** and the matter be resolved in Plaintiff's earlier-filed cases.

The Clerk is **DIRECTED** to terminate the reference to the undersigned.

2

AO 72A
(Rev.8/8
2)

**IT IS SO RECOMMENDED and DIRECTED**, this  _2d_  day of May, 2014.


_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

3